# TAB A



# Healthtrax® Fitness & Wellness
## Employee Handbook

Effective 7/1/06

# INTRODUCTION

Welcome to Healthtrax! This is your copy of the Employee Handbook. It is given to all employees of Healthtrax and Healthtrax owned or affiliated facilities. Please read the Employee Handbook carefully. We hope that your employment with Healthtrax will be satisfactory, enjoyable and a career building experience.

## Handbook Purpose
- ✓ To provide a means to achieve clear communications regarding Healthtrax business philosophy and expectations

- ✓ To establish fair and objective standards

- ✓ To provide the structure necessary to maintain the Healthtrax reputation for professionalism, excellence and quality service

- ✓ To foster a spirit of cooperation and teamwork


# HEALTHTRAX HANDBOOK & POLICIES

For purposes of this handbook and all Healthtrax Policies, the term "Company" or "Healthtrax" shall mean Healthtrax International, Inc. and/or its subsidiaries and affiliates. For purposes of this Handbook, members shall refer to all Healthtrax members, guests, clients and patrons.

Except as otherwise noted, this handbook and all Healthtrax Policies apply to all employees, exempt and non-exempt, at all Company locations. This handbook and all policies are formulated consistent with the Company's mission, vision, and values.

Human Resource Services is responsible for establishing, updating, clarifying and interpreting the policies and guidelines to ensure consistent application of all personnel-related practices within the Company.

This handbook and all Healthtrax policies are guidelines to be followed under a given set of circumstances. An attempt has been made to address the majority of cases. The guidelines partially define how certain decisions are to be made. It is intended that these guidelines are to be applied consistently by each manager/supervisor who has responsibility for policy administration in accordance with Healthtrax equal employment practices.

Any personnel action which would constitute an exception to these guidelines must receive prior approval of the HR Director in conjunction with the appropriate department head.

The policies and procedures in this handbook are not contractual commitments by Healthtrax and employees shall not construe them as such. They are intended to be *guidelines* and merely descriptive of suggested procedures to be followed. Healthtrax reserves the right to revoke, change or supplement policies at any time with or without notice. No policy is intended as a guarantee of continuity of benefits or rights. No permanent employment or employment for any term is intended or can be implied by statements in this book.

Page 1

All employees will be asked to sign an Employee Acknowledgment form stating that they have read and understand the following statements. A copy of this form will be placed in the employee's personnel file.

## Employee Acknowledgement
## Employment at Will
## &
## Healthtrax Employee Handbook

This is your copy of the Employee Handbook. It is given to all employees of Healthtrax and Healthtrax affiliated facilities. Please read the Healthtrax Employee Handbook carefully. For purposes of this handbook, and all Healthtrax Policies, the term "Healthtrax" or "Company" shall mean Healthtrax International, Inc. and/or all of its subsidiaries and affiliates.

By signing this page, you are indicating that you have read and understand that:

1. It is your responsibility to read and familiarize yourself with the provisions of the Employee Handbook and to abide by the guidelines set forth in the Employee Handbook.

2. The Employee Handbook is not intended to create an expressed or implied contract of employment or any other legally enforceable promises between you and the Company.

3. The employment relationship is "at will" and nothing in the Employee Handbook, or any Healthtrax Policy, is intended to extend or guarantee employment in any way or for any specific period of time. Just as you have the right to terminate your employment with the Company at any time, the Company reserves the right to terminate your employment relationship at any time for any reason. Nothing in this handbook or any Healthtrax Policies shall be interpreted to be in conflict with or to eliminate or modify in any way the employment-at-will status.

4. Any and all of the policies, practices and procedures are guidelines and Healthtrax reserves the right to interpret its own policies, practices and procedures.

5. Healthtrax reserves the right to modify, change, delete, suspend, discontinue or revise, in whole or in part, the contents of the Employee Handbook, or any Healthtrax Policy, at any time, for any reason, with or without notice.

6. This Employee Handbook is the property of Healthtrax, International. Healthtrax may revise or recall the Employee Handbook at any time for any reason. It may not be copied or altered by anyone other than an approved Healthtrax representative for any reason.

7. Effective July 1, 2006, the policies stated in this Employee Handbook supercede all prior Employee handbooks, manuals, memos, documents regarding employee policies and topics contained in this Employee Handbook.

Page 2