UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERALYNN BERNAL ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | 3:12 CV 00790 SRU |
| V. ) | |
| ) | |
| ) | |
| HEALTHTRAX INTERNACIONA, INC., ) | |
| JINGER BERRY, THE STAMFORD ) | |
| HOSPITAL C/O CORPORATION ) | |
| SERVICE COMPANY and STAMFORD ) | |
| HEALTH SYSTEM, INC. ) | |
| ) | |
| DEFENDANT ) | |
| ) | January 14, 2013 |

## WITHDRAWAL OF ACTION

To the Clerk of the Court and all Parties of Record:

The Plaintiff, VERALYNN BERNAL, hereby withdraws her complaint in the above captioned matter.

By: _____
Charles S. Harris
HARRIS, HARRIS & SCHMID
Attorneys for the Defendant
11 Belden Avenue, Second Floor
Norwalk, Connecticut 06850
Office: (203) 838-7111
Fax: (203) 845-0772
Email: charris@harrisschmid.com
Fed. Bar No.: CT11608

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2013, a copy of the foregoing was filed Electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Michael C. Harrington
Murtha Cullina LLP
City Place I – 185 Asylum Street
Hartford, CT 06103
Telephone: 860-240-6000
Facsimile: 860-240-6150
Attorneys for Defendants Healthtrax International and
Jinger Berry

Michael J. Soltis
Gabriel L. Williams
Jackson Lewis LLP
1010 Washington Blvd, 7th Floor
Stamford, CT 06901
Telephone: 203-961-0404
Facsimile: 203-324-4704
Attorneys for Defendants The Stamford Hospital and
Stamford Health Systems

By: _____
Charles S. Harris